# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Mohamed A. Hashi

**V.**

Unknown

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv785-BTM(NLS)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that this action is DISMISSED without prejudice because Petitioner has not filed a Petition and has therefore failed to initiate federal habeas proceedings in this action.  If Petitioner is a capital prisoner he may request to have this case reopened.  Otherwise, the dismissal is without prejudice to Petitioner to file a habeas petition which will be given a new civil case number.

| May 7, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/V.Trujillo
(By) Deputy Clerk

ENTERED ON May 7, 2007